**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00255-CV

**JAMES OSTBERG, Appellant**

**V.**

**BANK OF AMERICA, N.A., U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC., AND COUNTRYWIDE HOME LOANS INC., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04978**

## ORDER

Before the Court is the July 17, 2017 motion of appellees U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and Caliber Home Loans, Inc. for an extension of time to file their brief. We **GRANT** the motion and extend the time to **Monday, August 21, 2017**.

/s/     CRAIG STODDART
        JUSTICE